**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7135**

---

CHARLES J. E. BRYANT, a/k/a Umar Al-Rahiim,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge.
(CA-98-2817-4-23AK)

---

Submitted:  February 22, 2000          Decided:  April 24, 2000

---

Before WILLIAMS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Charles J. E. Bryant, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles J. E. Bryant seeks to appeal the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).* We have reviewed the record, the district court's opinion, and the magistrate judge's report and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bryant v. State of South Carolina, No. CA-98-2817-4-23AK (D.S.C. July 27, 1999). We also deny Bryant's motion to compel production of transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* The magistrate judge and the district court properly construed Bryant's motion as one filed under § 2254 rather than 28 U.S.C. § 2241 (1994) as Bryant styled it.